United States District Court
Southern District of Texas
**ENTERED**
May 26, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| QUIRINO TORRES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:21-CV-00024 |
| | § | |
| FREDIE BULLOCK, *et al*, | § | |
| | § | |
| Defendants. | § | |

**MEMORANDUM AND RECOMMENDATION**
**TO DISMISS CASE FOR WANT OF PROSECUTION**

Plaintiff Quirino Torres, proceeding *pro se* and *in forma pauperis*, has filed this prisoner civil rights action. At the time he filed this action, he was confined at the Bee County Jail in Beeville, Texas. The undersigned has issued a Memorandum and Recommendation (M&R) and Order of Service of Process, which were each mailed to Plaintiff at his Bee County Jail address. (D.E. 13, 14). District Judge Nelva Gonzales Ramos also entered an Order on May 5, 2021, which was mailed to Plaintiff at his Bee County Jail address. (D.E. 18). The M&R and both orders, however, have all been returned to the Court with the notations "Return to Sender," "Not Deliverable as Addressed," and "Unable to Forward." (D.E. 16, 17, 24).

It is apparent Plaintiff is no longer housed at the Bee County Jail, and he does not appear to be housed by the Texas Department of Criminal Justice. By Order entered on March 10, 2021, Plaintiff was required to notify the Court of any change of address by filing a written notice of address with the Clerk. (D.E. 7, ¶ 10). "Failure to file such

notice may result in this case being dismissed for want of prosecution." (*Id.*). To date, Plaintiff has not filed with the Court a notice of change of address. Plaintiff, therefore, was ordered to update his address on or before May 20, 2021. (D.E. 19). However, this Order likewise was also returned as undeliverable. (D.E. 23).

Plaintiff has been warned that failure to keep the Court apprised of a change of address by filing a written notice with the Clerk would result in the dismissal of this case for want of prosecution. Accordingly, the undersigned respectfully recommends that Plaintiff's case be **DISMISSED** pursuant to Fed. R. Civ. P. 41(b); *see also Martinez v. Johnson*, 104 F.3d 769, 772 (5th Cir. 1997) (holding district courts have the power to *sua sponte* dismiss a cause of action for failure to prosecute).

Respectfully submitted on May 25, 2021.

_____
Julie K. Hampton
United States Magistrate Judge

## NOTICE TO PARTIES

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel. Within FOURTEEN (14) DAYS after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to Fed. R. Civ. P. 72(b), 28 U.S.C. § 636(b)(1), General Order No. 2002-13, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within FOURTEEN (14) DAYS after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United* Servs. *Auto Ass'n*, 79 F.3d 1415 (5th Cir. 1996)(en banc).